IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL PETROLEUM CORPORATION, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00097 |
| OAO TYUMENNEFTEGAZ, | § § § | |
| Respondent. | § | |

## DECLARATION OF LAURA C. SMITH

I, Laura C. Smith, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Baker Botts L.L.P. Baker Botts L.L.P. is counsel of record for Respondent JSC Tyumenneftegaz in the above-styled cause of action. My office address and telephone number are: 1299 Pennsylvania Avenue, Washington, DC, 20004, telephone (202) 639-7734.

2. I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct to the best of my knowledge.

3. Attached as **Exhibit B** is a true and correct copy of the February 7, 1992 Protocol (in English and Russian), as filed in the underlying arbitration.

4. Attached as **Exhibit C** is a true and correct copy of the Statutory Treaty (in English and Russian), as filed in the underlying arbitration.

-2-

5. Attached as **Exhibit D** is a true and correct copy of the April 6, 1996 Supplemental Agreement (in English and Russian), as filed in the underlying arbitration.

6. Attached as **Exhibit E** is a true and correct copy of FNP's Funds Transfer Documents, including a Funds Transfer Advice dated January 31, 1994, a Chips Debit Advice dated January 31, 1994, and a Payment Letter dated January 31, 1992, as filed in the underlying arbitration.

7. Attached as **Exhibit F** is a true and correct copy of a letter from FNP dated December 4, 1992, as filed in the underlying arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2019.

_____
Laura C. Smith