United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL PETROLEUM CORPORATION, | § § § | |
| Petitioner, | § § | |
| vs. | § | CIVIL ACTION NO. 4:19-CV-0097 |
| | § § | |
| OAO TYUMENNEFTEGAZ, | § § | |
| Respondent. | § § | |

## ORDER

Respondent Tyumenneftegaz's request for an extension of time to file its Reply in support of its motion to dismiss until Monday, April 22, 2019, is hereby GRANTED.

It is so ORDERED.

__APR 1 7 2019__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1.