# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

First National Petroleum Corporation

v.                                    Case Number: 4:19−cv−00097

OAO Tyumenneftegaz

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**      Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/20/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 9, 2020

David J. Bradley, Clerk